Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





GERALD DON GATEWOOD,


 Appellant,


v.


THE STATE OF TEXAS,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-07-00158-CR



Appeal from


106th District Court


of Gaines County, Texas


(TC # 06-3674)




MEMORANDUM OPINION



 Gerald Don Gatewood attempts to appeal a driving while intoxicated conviction. Appellant
timely filed his notice of appeal with the Gaines County District Clerk and the notice of appeal was
mistakenly sent both to this Court and to the Eastland Court of Appeals. While Gaines County was
formerly in this Court's district, it is now in the Eleventh Court of Appeals District. See Tex.Gov't
Code Ann. § 22.201(l)(Vernon Supp. 2006). We therefore dismiss the appeal for want of
jurisdiction.


October 11, 2007 
 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.


(Do Not Publish)